**Order entered June 12, 2014**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00354-CR

**RICKEY TRENT STANLEY, JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 062945**

## ORDER

We **GRANT** Official Court Reporter Paula Thomas's June 6, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE